```
SL340E1                          COPART                              11/04/14
ACTITLOW                      Seller Billing                         15:04:48
700 CORP-DALLAS                 Lot Detail
Currency USD                                              Closed
 Lot# 15440093 X 01 FORD F150 BURN        Yard  58 AL - MOBILE
Seller C058 COPART AUTO AUCTIONS          Adj AMY HULL
Claim# ABANDONMENT                        Phone (251) 649-5011 Ext
SlrRef                                    OwnPh                    Ext
Insured CHARLES BROWN
                                          Total Advances              .00
     Contract  PIP 001 A Zone# 16         Copart Charges           325.00
   Assignment  5/16/11 Next Storage  3/17/14  Seller Payments         .00
Cleared-PickUp  6/23/11    Title Rcvd  4/09/13
Cleared-Charges 6/23/11    Cert Rcvd   7/22/13  High Bid Amount    325.00
Pickup-Delivery 6/24/11    Sale Date   7/29/13
                           Left Yard   7/30/13  DUE COPART             .00
CR Line   Date   Description              Amount  Comment
         7/29/13 PIP PROGRAM CHARGE       325.00
         7/29/13 SALE PRICE               325.00- WOODS AUTO SALES

                                                              Bottom
F3=Exit  F6=Notes         F8=Advances    F11=Contracts       F12=Previous
         F14=Switch Curr
```

EXHIBIT "E"

FORD-COPART-000044