IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**CHARLES BROWN, MARNIE BROWN,**
**COURTNEY WELLS, AUSTIN WELLS, B.B.,**
a minor, by and through his mother and father
and next friends, Charles Brown and Marnie Brown;
and G.B., a minor, by and through his mother and
father and next friends, Charles Brown and Marnie Brown          **PLAINTIFFS**

v.                                                        CIVIL ACTION NO. 3:14-cv197DPJ-FKB

**FORD MOTOR COMPANY, XYZ**
**Corporations, 1-10**                                                  **DEFENDANTS**

---

### FORD MOTOR COMPANY'S MOTION TO EXCLUDE
### THE OPINIONS OF MARK SUTHERLAND

---

Defendant Ford Motor Company moves to exclude the opinions of Plaintiffs' Expert Witness, Mark V. Sutherland pursuant to Rule 702, FED.R.EVID. and <u>Daubert v. Merrell Dow Pharm., Inc.</u>, 509 U.S. 579, 589 (1993), for reasons set forth in its Memorandum Brief.  Ford also relies on the following exhibits.

| | |
|---|---|
| Exhibit 1: | Plaintiffs' Designation of Experts |
| Exhibit 2: | Expert Report of Mark Sutherland |
| Exhibit 3: | Deposition of Mark Sutherland from Brown v. Ford (instant case) |
| Exhibit 4: | Plaintiffs' First Supplemental Designation of Experts |
| Exhibit 5: | Deposition of Mark Sutherland from Nugent v. Ford |
| Exhibit 6: | Excerpts from NFPA 921 |
| Exhibit 7: | Expert Report of Mark Hoffman |
| Exhibit 8: | "Zuno Opinions" – Exhibit 4 to Deposition of Mark Sutherland |
| Exhibit 9: | Spreadsheet – Exhibit 5 to Deposition of Mark Sutherland |

3:14-cv197DPJ-FKB

This <u>30th</u> day of January, 2015

          Respectfully submitted, By Its Attorneys,

          MCDONALD TOOLE WIGGINS, P.A.


         By: <u>*/s/ Scott A. Richman*</u>
            Scott A. Richman


Scott A. Richman, Esq. (admitted *PHV*)
McDonald Toole Wiggins, P.A.
111 North Magnolia Avenue, Suite 1200
Orlando, FL  32801
Srichman@mtwlegal.com

And

Robert F. Walker, Esq. (MSB No. 100660)
rwalker@bakerdonelson.com
D. Sterling Kidd, Esq. (MSB No. 103670)
skidd@bakerdonelson.com
BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
P.O. Box 14167
Jackson, Mississippi 39236-4167
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

3:14-cv197DPJ-FKB

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of the filing to all counsel who have registered with the system.

This <u>30th</u> day of January, 2015.

               <u>/s/ Scott A. Richman        </u>
               Scott A. Richman