IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CHARLES BROWN, MARNIE BROWN,
COURTNEY WELLS, AUSTIN WELLS, B.B.,
a minor, by and through his mother and father
and next friends, Charles Brown and Marnie Brown;
and G.B., a minor, by and through his mother and
father and next friends, Charles and Marnie Brown           **PLAINTIFFS**

v.                                                          **CIVIL ACTION NO. 3:14cv197DPJ-FKB**

FORD MOTOR COMPANY , XYZ
Corporations 1-10                                           **DEFENDANTS**

## FORD MOTOR COMPANY'S MOTION TO EXCLUDE
## THE OPINIONS OF STAN SMITH

For reasons set forth in its Memorandum Brief, Defendant Ford Motor Company moves this Court to Exclude the Opinions of Stan Smith. Ford relies on the following exhibits in support of its Motion:

| | |
|---|---|
| Exhibit A: | Excerpts from Deposition of Dr. Stan Smith |
| Exhibit B: | Report of Dr. Stan Smith |
| Exhibit C: | August 12, 2013 Letter from Mississippi Board of Psychology to Dr. Smith |
| Exhibit D: | Report of Dr. Criss W. Lott |
| Exhibit E: | Charles Brown's PTSD Profile Report |
| Exhibit F: | Courtney Wells' PTSD Profile Report |

This the 30th day of January, 2015.

          Respectfully submitted

          FORD MOTOR COMPANY
          By Its Attorneys,

          BAKER, DONELSON, BEARMAN,
          CALDWELL & BERKOWITZ, PC


          By: */s/ Sterling Kidd*
              D. Sterling Kidd


Robert F. Walker (MSB No. 100660)
rwalker@bakerdonelson.com
D. Sterling Kidd (MSB No. 103670)
skidd@bakerdonelson.com
BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
P. O. Box 14167
Jackson, Mississippi 39236
Telephone:  (601) 351-2400
Facsimile:  (601) 351-2424
skidd@bakerdonelson.com

And

Scott A. Richman, Esq. (admitted PHV)
McDonald Toole Wiggins, P.A.
111 North Magnolia Avenue, Suite 1200
Orlando, Florida  32801
Srichman@mtwlegal.com

## CERTIFICATE OF SERVICE

I, Sterling Kidd, do hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of the filing to all counsel who have registered with the system.

This 30th day of January, 2015.

                                          */s/Sterling Kidd*
                                           D. Sterling Kidd

JM TLP 1364308 v1
2824774-000677  01/30/2015